IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBSON FORENSIC, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ERIC HEIBERG, P.E., | : | NO. 16-1703 |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 31st day of May, 2016, upon consideration of the Defendant's Motion to Dismiss (Doc. No. 2), it is hereby **ORDERED** that the motion is **GRANTED.** Counts IV and V of the Complaint are **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED** that the Plaintiff shall file its Amended Complaint within twenty days of the date of this Order.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.